**James F. JOHNSON, Plaintiff–Appellant,**

v.

**John ASHCROFT; Kathleen Hawk Sawyer, Director, Federal Bureau of Prisons; Edward Cartwight, Unit Manager, FCI Estill; Henry Lusk, Culinary Supervisor, Defendants–Appellees.**

**No. 03–6042.**

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 27, 2003.

James F. Johnson, Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

James F. Johnson appeals from the district court's order dismissing without prejudice his civil rights action after he failed to comply with an order of the magistrate judge, requiring service of defendants in compliance with Fed.R.Civ.P. 4(i) and answer special interrogatories by the court. We have reviewed the record and find no reversible error. *See Johnson v. Ashcroft,* No. CA–02–2881–0 (D.S.C. Oct. 24, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*